# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE: Christopher & Jennifer Hunter             CASE NUMBER
SSN: xxx-xx-6329, xxx-xx-2142                      23-82319-CRJ-7

**Debtor(s)**

## MOTION TO REOPEN CASE

COME NOW the Debtors, pursuant to Bankruptcy Rule 5010 and move the Court to reopen the above titled case, and state:

The debtors seek to reopen the said case in order to file a Reaffirmation Agreement with Family Security. Due to unforeseen circumstances, the Reaffirmation Agreement with Family Security was not filed with the court before the closing of the case.

WHEREFORE, the Debtors move to reopen the above case for the limited purpose of filing the Reaffirmation Agreement with Family Security.

                                           /s/ John Zingarelli
                                           John Zingarelli
                                           Attorney for Debtors
                                           215 E. Moulton Street
                                           P.O. Box 2145
                                           Decatur, AL 35602
                                           (256) 350-1264

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion upon the Trustee and all Creditors listed on the Matrix either by placing a copy of the same in the United States mail, via facsimile, or electronic mail on this 7th day of May, 2024.

/s/ John Zingarelli
John Zingarelli, Attorney for Debtors