# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Christopher W Hunter } | **Case No: 23-82319-CRJ7** |
| SSN: XXX-XX-6329 } | |
| Jennifer W Hunter } | |
| SSN: XXX-XX-2142 } | |
| DEBTOR(S). } | |

## ORDER

This matter came before the Court on Monday, May 20, 2024 10:00 AM, for a hearing on the following:

RE: Doc #27; Debtors' Motion to Reopen Chapter 7 Case

Proper notice of the hearing was given and appearances were made by the following:

John Zingarelli, attorney for Christopher W Hunter (Debtor)
John Zingarelli, attorney for Jennifer W Hunter (Joint Debtor)
Melissa W. Mitchell (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Debtors' Motion to Reopen Chapter 7 Case is DENIED for the reasons stated on the record.

Dated: 05/20/2024

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge